

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00060-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC** on behalf of Deutsche Bank National Trust
Co., as Indenture Trustee for New Century Home Equity Loan Trust 2006-NC4 Asset-Backed
Pass-Through Certificates,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI18492
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellants' brief is due on April 20, 2016. On the day before the brief due date, Appellants and Appellees filed a joint motion for a forty-five day extension of time to file Appellants' brief until June 6, 2016. *See* TEX. R. APP. P. 38.6(d).

The joint motion is GRANTED. Appellants' brief is due on June 6, 2016. Appellees' brief will be due thirty days after Appellants' brief is filed. *See id.* R. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court